IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GWENDOLYN M. STUBBS, et al., | : CIVIL ACTION NO. 4:03-CV-2362 |
| | : |
| | : (JUDGE JONES) |
| Plaintiffs | : |
| | : |
| v. | : |
| | : |
| DOMINICK DeROSE, et al., | : |
| | : |
| Defendants | : |

## ORDER

April 10, 2006

Upon consideration of the pleadings in the above-captioned case, see FED.R.CIV.P. 16(b)(providing for entry of a scheduling order); see also L.R. 16.1

**IT IS HEREBY ORDERED THAT:**

1. All discovery is to be completed within sixty (60) days of the date of this Order.

2. Dispositive motions may be filed, if at all, within thirty (30) days of the close of discovery.

/s/ John E. Jones III
John E. Jones III
United States District Judge